FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 28, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES DEARING, | NO.  2:19-CV-00150-SAB |
| Plaintiff, | |
| v. | |
| PORTFOLIO RECOVERY | **ORDER OF DISMISSAL WITH** |
| ASSOCIATES, LLC, a Delaware limited | **PREJUDICE** |
| liability company, | |
| Defendant. | |

Before the Court is the parties' Notice of Stipulated Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(ii), ECF No. 16. The parties indicate the above-captioned action is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly**, IT IS HEREBY ORDERED:**

1.  The parties' Notice of Stipulated Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(ii), ECF No. 16, is **GRANTED**.

2.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' Stipulation, the above-captioned case is **dismissed** with prejudice and without costs, or attorney fees to either party.

//

**ORDER OF DISMISSAL WITH PREJUDICE** ~ 1

3. The District Court Executive is directed to **close** the file.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 28th day of May 2020.



Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE** ~ 2